## Commonwealth ex rel. Borsani *v.* Borsani, Appellant.

Argued April 10, 1972. *Eugene Morris,* for appellant; *James B. Ceris,* with him *Charles F. Bowers, Jr.,* for appellee.

Appeal quashed.